### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **vs.** : | **CRIMINAL NO.: 23-000149-KD** |
| : | |
| **ALLEN RUSSELL BROOKINS** : | |

### POSITION WITH RESPECT TO SENTENCING FACTORS

Comes now the defendant Allen Russell Brookins and states that he has no objections to the sentencing guideline calculations contained in the draft Presentence Investigation Report. The Court should vary downward from the guidelines, however, because the correctly calculated guidelines overstate the defendant's culpability and provide for a greater than necessary sentence.

/s/ *Peter J. Madden*
PETER J. MADDEN
Assistant Federal Defender
MADDP5495
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36002
(251)433-0910
(251)433-0686 (fax)
peter_madden@fd.org

### CERTIFICATE OF SERVICE

I, Peter J. Madden, do hereby certify that I have served a true and correct copy of the above certification on the appropriate parties by electronic delivery/ECF filing on this __26th__ day of __January__, 2024.

                                                 */s/ Peter J. Madden*
                                                 PETER J. MADDEN